**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01187-LTB

ANTONIO BATTELO,

    Plaintiff,

v.

AMSHER COLLECTION SERVICES, INC., an Alabama corporation,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed June 5, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:


                                                s/ Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   June 6, 2013